THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
***A PROFESSIONAL LAW CORPORATION***
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:  415/674-8600
Facsimile:   415/674-9900

Attorneys for Plaintiffs
DAREN HEATHERLY and
IRMA RAMIREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY and IRMA RAMIREZ,<br><br>        Plaintiffs,<br><br>v.<br><br>24th STREET CHEESE COMPANY; TI CHING KUNG, trustee of the TI CHING KUNG LIVING, dated March 6, 1994; and CHARLES KUNG, an individual dba 24th STREET CHEESE COMPANY,<br><br>        Defendants.<br>_____ | **CASE NO. CV-11-4967-MEJ**<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT; EXTENDING THE JOINT SITE INSPECTION DEADLINE; AND [PROPOSED] ORDER THEREON** |

Plaintiffs DAREN HEATHERLY and IRMA RAMIREZ, and Defendants TI CHING KUNG, trustee of the TI CHING KUNG LIVING, dated March 6, 1994; and CHARLES KUNG, an individual dba 24th STREET CHEESE COMPANY, by and through their respective counsel, respectfully request and make the following stipulation:

    1.    **Whereas**, defendants TI CHING KUNG, trustee of the TI CHING KUNG LIVING, dated March 6, 1994; and CHARLES KUNG, an individual dba 24th STREET CHEESE COMPANY were personally served with the summons and complaint on November 29, 2011, an answer to the complaint is currently due by December 20, 2011;

///

2.     **Whereas**, defendants TI CHING KUNG, trustee of the TI CHING KUNG LIVING, dated March 6, 1994; and CHARLES KUNG, an individual dba 24th STREET CHEESE COMPANY have requested an extension to respond to plaintiffs' complaint;

3.     **Whereas**, the respective counsel have a history of attempting to and/or settling access case(s) without the need of an answer.  Both counsel are hopefully that this case would follow suit;

4.     **Whereas**, plaintiffs have therefore agreed to grant additional time for defendants TI CHING KUNG, trustee of the TI CHING KUNG LIVING, dated March 6, 1994; and CHARLES KUNG, an individual dba 24th STREET CHEESE COMPANY to answer and/or otherwise respond to their complaint;

5.     **Whereas**, pursuant to the General Order 56 ¶ 3 & 4, the parties are to have the joint site inspection completed by January 17, 2012;

6.     **Whereas**, the parties respectfully request that the joint site inspection deadline of the premises be continued from January 17, 2012 to February 3, 2012, in order to try and negotiate a settlement;

7.     **Whereas**, the parties are currently in negotiation to try and settle the above-referenced case, and wish to reduce fees, costs and litigation expenses in so doing;

8.     **Whereas**, the parties believe it would be in the interests of efficiency and economy to extend the deadline for defendants TI CHING KUNG, trustee of the TI CHING KUNG LIVING, dated March 6, 1994; and CHARLES KUNG, an individual dba 24th STREET CHEESE COMPANY to respond to the complaint and extend the inspection deadline to allow time to negotiate an agreement; and

9.     **Whereas**,  defendants' counsel further stipulates that defendants TI CHING KUNG, trustee of the TI CHING KUNG LIVING, dated March 6, 1994; and CHARLES KUNG, an individual dba 24th STREET CHEESE COMPANY will comply with any and all due dates dictated by the Federal Rules of Civil Procedure, the Local Rules of Court, and/or any scheduling order issued by this court prior to the date on which defendants' responsive pleading is due.

///

1  **IT IS STIPULATED:**

2  That the last day for defendants TI CHING KUNG, trustee of the TI CHING KUNG

3  LIVING, dated March 6, 1994; and CHARLES KUNG, an individual dba 24th STREET

4  CHEESE COMPANY, to answer or otherwise respond to plaintiffs' complaint be extended up to

5  and including February 15, 2012, and the last day for the parties and counsel to conduct the joint

6  inspection of the premises pursuant to General Order 56 by and including February 3, 2012.

7

8  Dated: December 16, 2011          THOMAS E. FRANKOVICH,
                                     *A PROFESSIONAL LAW CORPORATION*
9

10
                                     By: ___/s/Thomas E. Frankovich_____
11                                          Thomas E. Frankovich
                                     Attorneys for Plaintiffs DAREN HEATHERLY;
12                                   and IRMA RAMIREZ

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

| | |
|---|---|
| 1  Dated: December 19, 2011 | RAGUNATH K. DINDIAL, **Attorney at Law** |

By: /s/Ragunath K. Dindial
  Ragunath K. Dindial

Attorneys for Defendants TI CHING KUNG, trustee of the TI CHING KUNG LIVING, dated March 6, 1994; and CHARLES KUNG, an individual dba 24th STREET CHEESE COMPANY

**ORDER**

**IT IS SO ORDERED** that the last day for defendants TI CHING KUNG, trustee of the TI CHING KUNG LIVING, dated March 6, 1994; and CHARLES KUNG, an individual dba 24th STREET CHEESE COMPANY, to answer plaintiffs' complaint be extended up to and including February 15, 2012, and the last day for the parties and counsel to conduct the General Order 56, joint site inspection of the premises is continued up to and including February 3, 2012.

Dated: December 20, 2011   _____
  HONORABLE MARIA-ELENA JAMES
  United States Magistrate Judge

STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT; EXTENDING THE JOINT SITE INSPECTION DEADLINE; AND [PROPOSED] ORDER THEREON    CV-11-4967-MEJ   4