**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| DAREN HEATHERLY and HEATHER RAMIREZ,<br><br>              Plaintiffs,<br><br>   v.<br><br>24TH STREET CHEESE CO., et al.,<br><br>              Defendants.<br>_____ / | No. C 11-4967 MEJ<br><br>**ORDER RE: STATUS** |

On March 5, 2012, the Court granted the parties' stipulation extending the deadline for Defendants to answer Plaintiffs' Complaint to March 15, 2012. As there have been no filings since the March 5 Order, the Court ORDERS the parties to file a status report by June 27, 2012.

**IT IS SO ORDERED.**

Dated: June 7, 2012

                                                  _____
                                                  Maria-Elena James
                                                  Chief United States Magistrate Judge