UNITED STATES DISTRICT COURT

Northern District of California

DAREN HEATHERLY and HEATHER RAMIREZ,

            Plaintiffs,

    v.

24TH STREET CHEESE CO., et al.,

            Defendants.

No. C 11-4967 MEJ

**ORDER RE: STATUS**

On March 5, 2012, the Court granted the parties' stipulation extending the deadline for Defendants to answer Plaintiffs' Complaint to March 15, 2012. As there have been no filings since the March 5 Order, the Court ORDERS the parties to file a status report by June 27, 2012.

**IT IS SO ORDERED.**

Dated: June 7, 2012

                                              Maria-Elena James
                                              Chief United States Magistrate Judge