UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| DAREN HEATHERLY and HEATHER RAMIREZ,<br><br>             Plaintiffs,<br>    v.<br>24TH STREET CHEESE CO., et al.,<br><br>             Defendants.<br>_____/ | No. C 11-4967 MEJ<br><br>**ORDER TO SHOW CAUSE** |

On March 5, 2012, the Court granted the parties' stipulation extending the deadline for Defendants to answer Plaintiffs' Complaint to March 15, 2012. Dkt. No. 9. As there had been no filings since the March 5 Order, the Court ordered the parties to file a status report by June 27, 2012. Dkt. No. 10. No response has been received. Accordingly, the Court hereby ORDERS Plaintiffs Baren Heatherly and Heather Ramirez to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiffs shall file a declaration by July 12, 2012. If Plaintiffs file a responsive declaration, the Court shall either issue an order based on the declaration or conduct a hearing on July 26, 2012 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Plaintiffs are hereby informed that the Court may dismiss the case without a hearing if Plaintiffs fail to file a responsive pleading. Thus, it is imperative that Plaintiffs file a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: July 2, 2012

                                                                                                      Maria-Elena James<br>
                                                                                                      Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California