1 | THOMAS E. FRANKOVICH (State Bar #074414)
2 | THOMAS E. FRANKOVICH
  | *A PROFESSIONAL LAW CORPORATION*
3 | 4328 Redwood Hwy, Suite 300
  | San Rafael, CA   94903
  | Telephone:    415/674-8600
4 | Facsimile:     415/674-9900

5 | Attorney For Plaintiffs,DAREN HEATHERLY
  | and IRMA RAMIREZ, each an individual,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY and IRMA RAMIREZ, | CASE NO. CV-11-4967-MEJ |
| Plaintiffs, | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |
| v. | |
| 24th STREET CHEESE COMPANY; TI CHING KUNG, trustee of the TI CHING KUNG LIVING, dated March 6, 1994; and CHARLES KUNG, an individual dba 24th STREET CHEESE COMPANY, | |
| Defendants. | |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: May 10, 2012           THOMAS E. FRANKOVICH
                              *A PROFESSIONAL LAW CORPORATION*

                              By:      */s/ Thomas E. Frankovich*
                              Thomas E. Frankovich
                              Attorney for DAREN HEATHERLY and IRMA RAMIREZ, each an individual

Dated: June 1, 2012           RAGUNATH K. DINDIAL,
                              Attorney at Law

                              By:    /s/ Ragunath K. Dindial
                              Ragunath K. Dindial
                              Attorney for TI CHING KUNG, trustee of the TI CHING KUNG LIVING, dated March 6, 1994; and CHARLES KUNG, an individual dba 24th STREET CHEESE COMPANY,

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary

Dated: _____July 24,_____, 2012

_____
Honorable Magistrate Judge Maria-Elena James
UNITED STATE DISTRICT JUDGE

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON        CASE NO. CV-11-4967-MEJ

-2-