1 | THOMAS E. FRANKOVICH (State Bar #074414)
2 | THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy, Suite 300
3 | San Rafael, CA  94903
Telephone:   415/674-8600
4 | Facsimile:    415/674-9900

5 | Attorney For Plaintiffs, DAREN HEATHERLY
and IRMA RAMIREZ, each an individual,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY and IRMA RAMIREZ,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>24th STREET CHEESE COMPANY; TI CHING KUNG, trustee of the TI CHING KUNG LIVING, dated March 6, 1994; and CHARLES KUNG, an individual dba 24th STREET CHEESE COMPANY,<br><br>　　　　Defendants. | **CASE NO. CV-11-4967-MEJ**<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

　　　　The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2).  Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: May 10, 2012         THOMAS E. FRANKOVICH
                            *A PROFESSIONAL LAW CORPORATION*

                            By: _/s/ Thomas E. Frankovich_
                            Thomas E. Frankovich
                            Attorney for DAREN HEATHERLY and IRMA RAMIREZ, each an individual

Dated: June 1, 2012         RAGUNATH K. DINDIAL,
                            Attorney at Law

                            By: _/s/ Ragunath K. Dindial_
                            Ragunath K. Dindial
                            Attorney for TI CHING KUNG, trustee of the TI CHING KUNG LIVING, dated March 6, 1994; and CHARLES KUNG, an individual dba 24th STREET CHEESE COMPANY,

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary

Dated: ___July 24,___, 2012

_____
Honorable Magistrate Judge Maria-Elena James
UNITED STATE DISTRICT JUDGE